IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:09-cv-539-MEF |
| | )                 WO |
| TOWN OF JACKSON'S GAP, | ) |
| | ) |
|    Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #13) to the Recommendation of the Magistrate Judge filed on July 14, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #12) filed on July 8, 2009 is adopted;

3. The plaintiff's "Motion for Default and Default Judgment"(Doc. #8) is DENIED

4. This case is DISMISSED due to plaintiff's failure to pay the filing fee.

DONE this the 28th day of July, 2009.

                                                    /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE